[No. 42882-9-I.   Division One.   March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL NATE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-00739-9, James A. Noe, J. Pro Tem., entered June 3, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 16415-2-III.   Division Three.   March 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SAM W. KEY, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 96-1-00281-1, Ted W. Small, J., entered January 9, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 16516-7-III.   Division Three.   March 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LEON C., *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 96-1-00214-1, Jack Burchard, J., entered March 12, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 16536-1-III.   Division Three.   March 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN LOUIS MALINAK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-02455-5, Greg D. Sypolt, J., entered March 26, 1997. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.